### WILLIAM B. MOFFAT vs. JOHN M. JUDD.

On a motion for judgment as in case of non-suit, and it appearing the cause was referred, before the circuit, by an order entered at the special term, but no copy of such order of reference served until after notice of the former motion given; the motion will be denied with costs, on the ground that it was not necessary to serve a copy of the order —the defendant had notice of it when the motion for reference was made.

*Motion by defendant for judgment as in case of non-suit.*—Defendant showed that issue was joined on the 2d October, 1844, and two circuits had passed and the plaintiff had not noticed the cause for trial at either, that younger issues were tried, &c.; the first mentioned circuit was third Monday in March last, and the second on the first Monday of May last, venue in the city and county of New York. Plaintiff showed that on the 5th February, 1845, this cause was referred by an order entered at the February special term, that his attorney did not receive a copy of such order until 29th March following. Defendant stated that a copy of the order of reference was not served on his attorney until two days after the notice of this motion had been given.

D. WRIGHT, *Defts Counsel.*     GEO. B. WOOD, *Defts Atty.*
J. EDWARDS, *Plffs Counsel.*     C. W. CAMPBELL, *Plffs Atty.*

JEWETT, Justice.—It was not necessary to serve a copy of the order of reference. The defendant had notice of the motion for reference, and was bound to know what the decision was. The motion must be denied, with costs.

Rule accordingly.